FILED

1997 AUG 12 PM 3:01

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD L. PALMER, | ) |
|     Plaintiff | ) |
| v. | ) CIVIL ACTION NO. |
| JEMISON STEEL, | ) CV 95-AR-2938-S |
|     Defendant | ) |

ENTERED
AUG 1 2 1997

## ADDENDUM TO MEMORANDUM OPINION OF AUGUST 11, 1997

*Geier v. Medtronic,* 99 F.3d 238 (7th Cir. 1996), has been pointed out to this court after its opinion of August 11, 1997. *Geier* is not enough to change this court's mind in view of the Eleventh Circuit's broad language in *Alton Packaging*. Nevertheless, *Geier* does bolster Jemison Steel's argument. There the Seventh Circuit held:

> To be probative of discrimination, isolated comments must be contemporaneous with the discharge or causally related to the discharge decision-making process.

99 F.3d at 242. But, then, the Seventh Circuit is the court that decided *Oates v. Discovery Zone*, wonderingly discussed in this court's opinion of yesterday. In Palmer's case, of course, the main Jemison decisionmaker-witness admitted to using the term "nigger" as recently as a few days before trial. This was not only outside the workplace but far from contemporaneous with the witness's participation in the decision to terminate Palmer.

1

53

This comment is intended as an addendum to yesterday's opinion.

DONE this 12th day of August, 1997.

　　　　　　　　　　　　　　／s／ William M. Acker, Jr.
　　　　　　　　　　　　　　────────────────────────────
　　　　　　　　　　　　　　WILLIAM M. ACKER, JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE